No. 32. HOFFA *v.* UNITED STATES;
No. 33. PARKS *v.* UNITED STATES;
No. 34. CAMPBELL *v.* UNITED STATES; and
No. 35. KING *v.* UNITED STATES. C. A. 6th Cir. (Decided 385 U. S. 293; rehearing denied, *post,* p. 951.)

Motion of Uniformed Sanitationmen's Association for leave to file a brief, as *amicus curiae,* granted. Motion to vacate judgment denied. MR. JUSTICE WHITE and MR. JUSTICE FORTAS took no part in the consideration or decision of these motions.

*Leonard B. Boudin* for Uniformed Sanitationmen's Association, as *amicus curiae,* in support of motion to vacate judgment. *Morris A. Shenker, Daniel B. Maher* and *Joseph A. Fanelli* for petitioner in No. 32, *Jacques M. Schiffer* for petitioner in No. 33, *Cecil D. Branstetter* for petitioner in No. 34, and *P. D. Maktos* and *Harold E. Brown* for petitioner in No. 35 on the motion to vacate judgment. *Solicitor General Marshall* for the United States in all four cases in opposition to the motion to vacate judgment.

No. 806. PROVIDENT TRADESMENS BANK & TRUST Co., ADMINISTRATOR *v.* PATTERSON, ADMINISTRATOR, ET AL. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman, Avram G. Adler* and *J. Willison Smith* for petitioner. *Norman Paul Harvey* for respondents.

No. 967. UMANS *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Edward Brodsky* and *William Esbitt* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.